# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE DEMOCRATIC PARTY OF GEORGIA, INC., AND AFG GROUP INC, <br><br> PLAINTIFFS, <br><br> V. <br><br> ROBYN A. CRITTENDEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF GEORGIA; STEPHEN DAY, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, AND BEAUTY BALDWIN, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE GWINNETT COUNTY BOARD OF REGISTRATION & ELECTIONS; AND MICHAEL COVENY, ANTHONY LEWIS, LEONA PERRY, SAMUEL TILLMAN, AND BAOKY VU, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE DEKALB COUNTY BOARD OF REGISTRATION & ELECTIONS, <br><br> DEFENDANTS. | Civ. Act. No. _____ |

## NOTICE OF FILING EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EMERGENCY HEARING

KH510838.DOCX 2

Pursuant to Fed. R. Civ. P. __, Plaintiffs in the above-captioned action Democratic Party of Georgia, Inc. and AFG Group Inc hereby give notice to Defendant Robyn A. Crittenden, in her official capacity as Secretary of State for the State of Georgia ("Crittenden"), the five members of the Gwinnett County Board of Registration and Elections, Stephen Day, John Mangano, Alice O'Lenick, Ben Satterfield and Beauty Baldwin, in their official capacities ("Gwinnett"), and the five members of the DeKalb County Board of Registration and Elections, Michael Coveny, Anthony Lewis, Leona Perry, Samuel Tillman and Baoky Vu, in their official capacities ("DeKalb")  (together "Defendants") of Plaintiffs' filing of their Complaint for Declaratory and Injunctive Relief and Plaintiffs' Emergency Motion for Preliminary Injunction and of their request for an Emergency Hearing.

Plaintiffs seek an emergency hearing on as soon as possible at a time and place ordered by the United States District Judge assigned to this case.

Dated: November 12, 2018.              Respectfully submitted,

**KREVOLIN & HORST, LLC**

*/s/ Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
*Attorneys for AFG Group Inc d/b/a Stacey Abrams for Governor and the Democratic Party of Georgia, Inc.*

One Atlantic Center, Suite 3250
1201 W. Peachtree Street., N.W.
Atlanta, Ga 30309
(404) 888-9700
(404) 888-9577
hknapp@khlawfirm.com

KH510838.DOCX 2

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

This 12th day of November 2018.

>*/s/ Halsey G. Knapp, Jr.*
>Halsey G. Knapp, Jr.
>Georgia Bar No. 425320
>*Attorneys for AFG Group Inc d/b/a*
>*Stacey Abrams for Governor and the*
>*Democratic Party of Georgia, Inc.*

One Atlantic Center, Suite 3250
1201 W. Peachtree Street., N.W.
Atlanta, Ga 30309
(404) 888-9700
(404) 888-9577
hknapp@khlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2018, a true and correct copy of the foregoing was filed electronically and served upon all parties accepting service via the Court's electronic transmission facilitates, as well as by electronic mail to known counsel for each Defendant, per verbal instructions provided by the Court to counsel of record.

This 12th day of November 2018.

**KREVOLIN & HORST, LLC**

*/s/ Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
*Attorneys for AFG Group Inc d/b/a Stacey Abrams for Governor and the Democratic Party of Georgia, Inc.*

One Atlantic Center, Suite 3250
1201 W. Peachtree Street., N.W.
Atlanta, Ga 30309
(404) 888-9700
(404) 888-9577
hknapp@khlawfirm.com

KH510838.DOCX 2