## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| THE DEMOCRATIC PARTY OF GEORGIA, INC., AND AFG GROUP INC, ) ) ) ) Plaintiffs, ) v. ) ) ROBYN A. CRITTENDEN, in her official capacity as Secretary of State of the State of Georgia; STEPHEN DAY, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, AND BEAUTY BALDWIN, in their official capacities as members of the Gwinnett County Board of Registration & Elections; and MICHAEL COVENY, ANTHONY LEWIS, LEONA PERRY, SAMUEL TILLMAN, and BAOKY VU, in their official capacities as members of the Dekalb County Board of Registration & Elections, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants, ) ) and ) ) GEORGIA REPUBLICAN PARTY, INC. ) ) Proposed Defendant-Intervenor. ) | Civil Action File No. 1:18-cv-5181-SCJ |

## **MOTION OF GEORGIA REPUBLICAN PARTY, INC. TO INTERVENE**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Georgia

Republican Party ("GAGOP") hereby moves to intervene in the above-captioned

action.  The GAGOP has a vital interest in the subject matter of this proceeding and is so situated that the disposition of this action may, as a practical matter, impair or impede its ability to protect those interests.

The GAGOP seeks to intervene to protect its interests, which are similar to all individual voters and Republicans in the State of Georgia who have an interest in a fair and orderly election process that complies with both state and federal law. Counsel for the GAGOP has consulted with counsel for Plaintiffs Democratic Party of Georgia, Inc. and AFG Group Inc. about this Motion, and Plaintiffs do not object to the GAGOP intervening in this matter.

Respectfully submitted this 13th day of November 2018.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399
W. Ryan Teague
Georgia Bar No. 701321
Vincent R. Russo
Georgia Bar No.  242628
Brian E. Lake
Georgia Bar No.  575966
Kimberly Anderson
Georgia Bar No. 602807
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, NW,
Atlanta, Georgia  30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3250

*Attorneys for GAGOP*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Motion has been prepared using 14-pt Times New Roman Font.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **MOTION OF GEORGIA REPUBLICAN PARTY, INC. TO INTERVENE** with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 13th day of November, 2018.

*/s/ Josh Belinfante*
Josh Belinfante