# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-05181-SCJ
## The Democratic Party of Georgia, Inc. et al v. Crittenden et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 11/13/2018.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 5:00 P.M.          COURT REPORTER: Jana Colter
TIME IN COURT: 2:00                      DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Joshua Belinfante representing Georgia Republican Party, Inc.
William Collins representing Robyn A. Crittenden
Cristina Correia representing Robyn A. Crittenden
Kurt Kastorf representing AFG Group Inc
Kurt Kastorf representing The Democratic Party of Georgia, Inc.
Halsey Knapp representing AFG Group Inc
Halsey Knapp representing The Democratic Party of Georgia, Inc.
Vincent Russo representing Georgia Republican Party, Inc.
Adam Sparks representing AFG Group Inc
Adam Sparks representing The Democratic Party of Georgia, Inc.
William Teague representing Georgia Republican Party, Inc.
Bryan Tyson representing Alice O'Lenick
Bryan Tyson representing Beauty Baldwin
Bryan Tyson representing Ben Satterfield
Bryan Tyson representing John Mangano
Bryan Tyson representing Stephen Day
R. Ware representing Anthony Lewis
R. Ware representing Baoky Vu
R. Ware representing Leona Perry
R. Ware representing Michael Coveny
R. Ware representing Samuel Tillman

PROCEEDING CATEGORY: Evidentiary Hearing(PI or TRO Hearing-Evidentiary);

MOTIONS RULED ON: [4]Motion for TRO TAKEN UNDER ADVISEMENT
[21]Motion to Intervene TAKEN UNDER ADVISEMENT

MINUTE TEXT: Plaintiffs informed the Court they are not opposed the Motion to Intervene as filed by the Georgia Republican Party [21]. Oral argument heard on Plaintiffs' Motion for TRO/preliminary injunction [4]. Order(s) to follow granting motion to intervene and ruling on motion for TRO.

HEARING STATUS: Hearing Concluded