# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE DEMOCRATIC PARTY OF GEORGIA, INC., AND AFG GROUP INC, <br><br> Plaintiffs, <br> v. <br><br> ROBYN A. CRITTENDEN, in her official capacity as Secretary of State of the State of Georgia; STEPHEN DAY, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, AND BEAUTY BALDWIN, in their official capacities as members of the Gwinnett County Board of Registration & Elections; and MICHAEL COVENY, ANTHONY LEWIS, LEONA PERRY, SAMUEL TILLMAN, and BAOKY VU, in their official capacities as members of the Dekalb County Board of Registration & Elections, <br><br> Defendants, <br><br> and <br><br> GEORGIA REPUBLICAN PARTY, INC. <br><br> Proposed Defendant-Intervenor. | Civil Action <br> File No. is 1:18-cv-5181-SCJ |

## **ORDER**

Having considered Proposed Intervenor Defendant Georgia Republican Party's Motion to Intervene, all accompanying briefs, and all matters of record, the

Court hereby **ORDERS** that the Proposed Intervenor Defendant's Motion to Intervene is **GRANTED**, and leave is **GRANTED** for them to intervene in the above-captioned case.

ORDERED, this 14th day of November, 2018.

                                         s/Steve C. Jones_____
                                        Judge Jones, United States District Court
                                        Northern District of Georgia – Atlanta Division

Prepared by:

Josh Belinfante
W. Ryan Teague
Vincent R. Russo
Brian E. Lake
Kimberly Anderson
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, NW,
Atlanta, Georgia  30318
Telephone:   (678) 701-9381
Facsimile:   (404) 856-3250

*Attorneys for Georgia Republican Party, Inc.*