# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE DEMOCRATIC PARTY OF GEORGIA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBYN A. CRITTENDEN, in her official capacity as the Secretary of State of Georgia; *et al.*,<br><br>    Defendants. | Civil Action No.: 1:18-cv-5181-SCJ |

### DEFENDANTS STEPHEN DAY, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, AND BEAUTY BALDWIN'S SUPPLEMENTAL RESPONSE THE COURT'S REQUEST FOR INFORMATION

After the hearing in this matter, the Gwinnett BORE submitted information to the Court regarding the number of provisional ballots accepted and rejected. [Doc. 38]. In the process of preparing for certification today, Gwinnett County determined that its numbers of accepted and rejected ballots were different than what was reported to the Court because the Gwinnett BORE inadvertently included partial acceptances in its total number of rejected ballots. As a result, the Gwinnett BORE accepted more provisional ballots at a higher rate than originally reported

- 1 -

and apologizes for the error. This only affected the total numbers and not the numbers of ID voters or voters who returned. The corrected totals are:

Total number of provisional ballots cast in Gwinnett County: 2,603

Total number of provisional ballots accepted: 2,040

Total number of provisional ballots rejected: 563

Total number of provisional ballots cast because of lack of proper identification at the polls: 14

Number of provisional ballots cast because of lack of proper identification at the polls where the voter returned with ID: Zero.

Number of voters who presented at the elections office after the three-day period in an attempt to cure their provisional ballot: Zero.

The member of the Gwinnett BORE are prepared to provide any other information the Court requires.

## Certification

I certify that this brief has been prepared in a Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 15th day of November, 2018.

/s/ Bryan P. Tyson
Frank B. Strickland
Georgia Bar No. 687600
fbs@sbllaw.net
Anne W. Lewis
Georgia Bar No. 737490
awl@sbllaw.net
Bryan P. Tyson
Georgia Bar No. 515411
bpt@sbllaw.net
STRICKLAND BROCKINGTON
  LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
(678)347-2200

RICHARD A. CAROTHERS
Georgia Bar No. 111075
richard.carothers@carmitch.com
Brian R. Dempsey
Georgia Bar No. 217596
Brian.dempsey@carmitch.com
CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA 30518
(770) 932-3552

*Attorneys for the Gwinnett County Board of Registrations and Elections*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE DEMOCRATIC PARTY OF GEORGIA, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ROBYN A. CRITTENDEN, in her official capacity as the Secretary of State of Georgia; et al., <br><br> Defendants. | Civil Action No.: 1:18-cv-5181-SCJ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing **DEFENDANTS STEPHEN DAY, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, AND BEAUTY BALDWIN'S SUPPLEMENTAL RESPONSE THE COURT'S REQUEST FOR INFORMATION** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record listed on the case.

This 15th day of November, 2018.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411

- 4 -