# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE DEMOCRATIC PARTY OF GEORGIA, INC., AND AFG GROUP INC, <br><br> PLAINTIFFS, <br><br> V. <br><br> ROBYN A. CRITTENDEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF GEORGIA; STEPHEN DAY, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, AND BEAUTY BALDWIN, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE GWINNETT COUNTY BOARD OF REGISTRATION & ELECTIONS; AND MICHAEL COVENY, ANTHONY LEWIS, LEONA PERRY, SAMUEL TILLMAN, AND BAOKY VU, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE DEKALB COUNTY BOARD OF REGISTRATION & ELECTIONS, <br><br> DEFENDANTS, <br><br> GEORGIA REPUBLICAN PARTY, INC., <br><br> INTERVENOR-DEFENDANT. | Civ. Act. No. 1:18-cv-5181-SCJ |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs The Democratic Party of Georgia, Inc. and AFG Group Inc; Defendants Robyn A. Crittenden, in her official capacity as Secretary of State of The State of Georgia; Stephen Day, John Mangano, Alice O'Lenick, Ben Satterfield, and Beauty Baldwin, in their official capacities as Members of the Gwinnett County Board of Registration & Elections; and Michael Coveny, Anthony Lewis, Leona Perry, Samuel Tillman, and Baoky Vu, in their official capacities as members of the DeKalb County Board of Registration & Elections; and Intervenor-Defendant Georgia Republican Party, Inc. hereby stipulate as follows:

WHEREAS, on November 11, 2018, Plaintiffs filed the above-captioned lawsuit alleging federal constitutional violations concerning the casting and counting of absentee vote-by-mail ballots and provisional ballots in the 2018 General Election and seeking declaratory and injunctive relief;

WHEREAS, on November 12, 2018, Plaintiffs moved on an emergency basis for a preliminary injunction granting relief on their claims;

WHEREAS, on November 13, 2018, Intervenor-Defendant moved to intervene in this lawsuit, which Plaintiffs did not oppose;

WHEREAS, on November 13, 2018, the Court convened a hearing on Plaintiffs' emergency motion for preliminary injunction and heard argument from all parties to the lawsuit;

WHEREAS, on November 14, 2018, the Court granted Intervenor-Defendant's motion to intervene;

WHEREAS, on November 14, 2018, the Court issued an Order granting in part and denying in part Plaintiffs' emergency motion for preliminary injunction;

WHEREAS, the parties desire to avoid the costs and uncertainty of further litigation of this lawsuit;

Now, THEREFORE, all Parties agree and stipulate as follows:

1. The parties STIPULATE that the above-captioned action, including all of the claims and causes of action alleged in Plaintiffs' Complaint, shall be dismissed; and further,

2. The parties STIPULATE that each party shall bear its own fees and costs in connection with this litigation, including costs of the Clerk of Court.

[*signatures on following pages*]

Presented and Consented to this 11th day of January 2019 by:

**KREVOLIN & HORST, LLC**

*/s/ Adam M. Sparks*
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Adam M. Sparks
Georgia Bar No. 341578
One Atlantic Center, Suite 3250
1201 W. Peachtree Street., N.W.
Atlanta, Ga 30309
(404) 888-9700
(404) 888-9577
Email: hknapp@khlawfirm.com
Email: sparks@khlawfirm.com
*Attorneys for The Democratic Party of Georgia, Inc. and AFG Group Inc d/b/a Stacey Abrams for Governor*


Christopher M. Carr
   Attorney General
   Georgia Bar No. 112505

   Annette M. Cowart
   Deputy Attorney General
   Georgia Bar No. 191199

   Russell D. Willard
   Senior Assistant Attorney General
   Georgia Bar No. 760280

   Cristina Correia
   Senior Assistant Attorney General
   Georgia Bar No. 188620

**BURR & FORMAN LLP**

  */s/ William C. Collins, Jr.*
   William C. Collins, Jr.
   Special Assistant Attorney General
   Georgia Bar No. 178847

   171 Seventeenth Street, NW
   Suite 1100
   Atlanta, Georgia 30363
   (404) 815-3000
   (404) 817-3244 (fax)

  *Attorneys for Secretary of State Robyn Crittenden*


/s/ Bryan P. Tyson
Frank B. Strickland
Georgia Bar No. 687600
fbs@sbllaw.net
Bryan P. Tyson
Georgia Bar No. 515411
bpt@sbllaw.net
Anne W. Lewis
Georgia Bar No. 737490
awl@sbllaw.net
STRICKLAND BROCKINGTON
       LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
(678) 347-2200

Richard A. Carothers
Georgia Bar No. 111075
richard.carothers@carmitch.com

Brian R. Dempsey
Georgia Bar No. 217596
Brian.dempsey@carmitch.com
CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA 30518
(770) 932-3552
*Attorneys for Stephen Day, John Mangano, Alice O'Lenick, Ben Satterfield, and Beauty Baldwin, in their official capacities as Members of the Gwinnett County Board of Registration & Elections*


HALL BOOTH SMITH, P.C.

/s/R. David Ware
R. David Ware
Ga. Bar. No. 737756
dware@hallboothsmith.com
191 Peachtree Street
Suite 2900
Atlanta, GA.  30097
(404) 586-6619
*Attorneys for Anthony Lewis, Leona Perry, Samuel Tillman and Baoky Vu,
In their Official Capacities as Members
Of the DeKalb County Board of Registration and Elections*


/s/ Josh Belinfante
Josh Belinfante
Georgia Bar No. 047399
W. Ryan Teague
Georgia Bar No. 701321
Vincent R. Russo
Georgia Bar No.  242628

Brian E. Lake
Georgia Bar No.  575966
Kimberly Anderson
Georgia Bar No. 602807
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, NW,
Atlanta, Georgia  30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3250

*Attorneys for GAGOP*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

This 11th day of January 2019.

**KREVOLIN & HORST, LLC**

*/s/ Adam M. Sparks*
Adam M. Sparks

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, a copy of the foregoing **STIPULATION OF DISMISSAL** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 11th day of January 2019.

**KREVOLIN & HORST, LLC**

*/s/ Adam M. Sparks*
Adam M. Sparks

KH520765.DOCX 3